UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Elena Doyle                                    Case No. 14-30686-RAM
                                                      Chapter 13
         Debtor
_____/

**DEBTOR'S MOTION TO WAIVE WAGE DEDUCTION ORDER**

Debtor Elena Doyle moves this Court to waive the wage deduction order pursuant to Local Rule 3070(d) and as grounds therefore states:

1.   Debtor Elena Doyle is employed as a cashier at a retail department store and her job requires her to handle cash and charge card payments for goods sold. She is legitimately concerned that if her employer learns that she is a debtor in an active bankruptcy case that the employer will relieve her of her responsibilities and/or terminate her employment.

2.   The debtor has been advised of the advantages of having her monthly Chapter 13 plan payments deducted directly from her wages, however, due to the debtors reasonable fear that her employer will take adverse action against her for the reasons described above, she respectfully requests that this court waive the requirement of a wage deduction order and allow her to continue to make monthly plan payments directly to the trustee.

                                        Respectfully Submitted,

                                        LEGAL SERVICES OF GREATER
                                        MIAMI, INC.

                                        BY_____/s/_____
                                            Matt Bayard Esq.
                                            Florida Bar No. 32209

1

                                           Attorney for Debtor
                                           3000 Biscayne Boulevard, Suite 500
                                           Miami, Florida  33137
                                           Telephone: (305) 438-2413
                                           mbayard@lsgmi.org